OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 4, 2008

Chief Judge Harvey Bartle III
Attn: Katherine Gallagher, Courtroom Deputy
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Re:  *Delaware*  Case No. CA 08-457 HB
     USBK/DE 02-13609-BLS

Dear Ms. Gallagher:

   As requested, please find a copy of the above Bankruptcy Court case record and docket sheet.

   Please don't hesitate to contact me should you require any further assistance.

                          Sincerely,

                          Peter T. Dalleo, Clerk


                          By: /s Bob Cruikshank
                                Deputy  Clerk


rwc
encl.